UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 23, 2011
GCO-025

No. 11-3095

UNITED STATES OF AMERICA

v.

ROBERT HURST,
        Appellant

(W.D. Pa. No. 08-cr-00386-001)

Present: FUENTES, GREENAWAY, JR. and STAPLETON, Circuit Judges

    Motion filed by Appellant to Summarily Remand.

                              Respectfully,
                              Clerk/cjg

_____ORDER_____

The foregoing motion is granted.

                          By the Court,

                          /s/ Julio M. Fuentes
                          Circuit Judge

Dated: November 28, 2011
CJG/cc: Rebecca R. Haywood, Esq.
       William H. Difenderfer, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.